

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**STEVENS, Cheryl Lorraine,**

Debtor.

_____

**STEVENS, Cheryl Lorraine,**

Plaintiff,

v.

**UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,**

Defendant.

Case No.  24-40742-MJH

Adversary Number: 24-04030-MJH

**EX PARTE CONSENT JUDGMENT DECLARING PARTIALLY DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT**

Plaintiff Cheryl Lorraine Stevens and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Partially Dischargeable Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that the loan debts listed as on attached Exhibit A, (the Debt), to the extent set forth below are dischargeable under 11 U.S.C. § 523(a)(8).

EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL
DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Part of NSLDS 16, totaling approximately $13,833.32 is subject to discharge. The remainder of NSLDS loan 16 and NSLDS loan 17, totaling approximately $104,944.92 remains unaffected and will survive the bankruptcy. Interest on remaining balance will continue to accrue at contract rate.

Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2. The dischargeable Debt is dischargeable under 11 U.S.C. § 523(a)(8).

3. If Plaintiff completes her Chapter 13 Plan and receives a general discharge under 11 U.S.C. § 1328 in Case No. 24-40742-MHJ, the following shall occur:

   Part of NSLDS 16, totaling approximately $13,833.32 is subject to discharge. The remainder of NSLDS loan 16 and NSLDS loan 17, totaling approximately $104,944.92 remains unaffected and will survive the bankruptcy. Interest on remaining balance will continue to accrue at contract rate.

4. Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL
DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 24-04030-MJH   Doc 20   Filed 01/21/26   Ent. 01/21/26 15:28:23   Pg. 2 of 4

And

CHARLES NEIL FLOYD
United States Attorney


/s/ *Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristin.b.johnson@usdoj.gov

*Attorneys for United States of America*

EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL
DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT- 3

| Loan # | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Date Entered Repayment | Principal | Interest | 10 Year Met |
|---|---|---|---|---|---|---|---|---|---|
| 17 | DEPT OF ED/NELNET | 2020-06-11 | $73,468.00 | DIRECT CONSOLIDATED UNSUB | Bankruptcy, Active | 6/11/2020 | $73,468.00 | $928.00 | No |
| 16 | DEPT OF ED/NELNET | 2020-06-11 | $39,938.00 | DIRECT CONSOLIDATED SUB | Bankruptcy, Active | 6/11/2020 | $39,938.00 | $504.00 | No |
| 15 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2016-08-18 | $ 8,059.00 | DIRECT STAFFORD UNSUBSIDIZED | Defaulted, then paid in full by consolid. | 5/15/2017 | | | No |
| 14 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2016-06-22 | $ 4,841.00 | DIRECT STAFFORD UNSUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 13 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2016-01-05 | $10,682.00 | DIRECT STAFFORD UNSUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 12 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2015-09-10 | $ 2,082.00 | DIRECT STAFFORD UNSUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 11 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2015-02-02 | $11,250.00 | DIRECT STAFFORD UNSUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 10 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2015-01-28 | $ 1,250.00 | DIRECT STAFFORD SUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 9 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2014-06-09 | $ 6,854.00 | DIRECT STAFFORD UNSUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 8 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2014-06-04 | $ 5,500.00 | DIRECT STAFFORD SUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 7 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2013-10-10 | $ 7,000.00 | DIRECT STAFFORD UNSUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 6 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2013-10-09 | $ 5,500.00 | DIRECT STAFFORD SUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 5 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2013-03-20 | $ 7,000.00 | DIRECT STAFFORD UNSUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 4 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2013-03-20 | $ 5,500.00 | DIRECT STAFFORD SUBSIDIZED | Defaulted, then paid in full by consolid. | 2020-06-12 | | | No |
| 3 | ASCENDIUM EDUCATION SOLUTIONS, INC | 2005-09-09 | $ 9,522.00 | FFEL CONSOLIDATED | Defaulted, then paid in full by consolid. | 9/9/2005 | | | Yes |
| 2 | NORTHWEST EDUCATION LOAN ASSOCIATION | 1995-10-03 | $ 2,625.00 | FFEL STAFFORD SUB | Defaulted, then paid in full by consolid. | 10/29/1996 | | | Yes |
| 1 | NORTHWEST EDUCATION LOAN ASSOCIATION | 1995-03-14 | $ 2,625.00 | FFEL STAFFORD SUB | Defaulted, then paid in full by consolid. | 10/29/1996 | | | Yes |

Cheryl L. Stevens
Adv Case: 24-04030

Exhibit A