Law Offices of Travis Gagnier, Inc., P.S.            Honorable Brian D. Lynch
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
253-941-0234 Fax 941-0476

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**STEVENS, Cheryl Lorraine,**
Debtor.

_____

**STEVENS, Cheryl Lorraine,**

Plaintiff,

v.

**UNITED STATES OF AMERICA
ACTING THROUGH THE U.S.
DEPARTMENT OF EDUCATION**

Defendant.

Case No.  24-40742

Adversary Number: 24-04030

**CERTIFICATE OF SERVICE:
CONSENT JUDGMENT**

I, Gregory J Jalbert, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify under Penalty of Perjury that the service of the Consent Judgment (doc 20) was made on February 22, 2026 by Mail Service:  First class United States mail, postage fully pre-paid, and addressed to:

US Dept of Education
c/o Nelnet
121 S 13th Street
Lincoln NE 68508

CERTIFICATE OF SERVICE - 1

Case 24-04030-MJH    Doc 21    Filed 01/22/26    Ent. 01/22/26 06:52:13    Pg. 1 of 2

Dated this 22 day of January 2026.

/s/ Gregory J Jalbert
Gregory J Jalbert

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476